IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIME INSURANCE COMPANY,** | : | |
| **ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 14-4149** |
| | : | |
| **ASTRAZENECA AB, ET AL.** | : | |

## ORDER

This 1st day of October, 2014, having reviewed the briefs of the parties and listened to the oral arguments of counsel, it is hereby **ORDERED** that Plaintiffs' Motion to Remand to State Court is **GRANTED,** and this action is **REMANDED** to the Philadelphia Court of Common Pleas.

                 /s/ Gerald Austin McHugh
                United States District Court Judge